██ JAMES MORRIS and Another, Individually and as Administrators with Letters of Administration with Limitations of the Estate of KRISTY L. MORRIS, Also Known as KRISTY LOUISE MORRIS, Deceased, Appellants, v ONTARIO COUNTY et al., Defendants, and RAMSEY CONSTRUCTORS, INC., et al., Respondents. (Appeal No. 4.) [54 NYS3d 918]—Appeal from an amended order of the Supreme Court, Ontario County (Frederick G. Reed, A.J.), entered October 27, 2016. The amended order granted the motions of defendants Ramsey Constructors, Inc., and Phelps Guide Rail, Inc., for summary judgment.

It is hereby ordered that the amended order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Morris v Ontario County* ([appeal No. 2] 152 AD3d 1185 [2017]). Present—Lindley, J.P., DeJoseph, NeMoyer and Curran, JJ.